UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **PAULA BRADFORD GINES** | **CIVIL ACTION NO. 20-0731** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **U. S. BUREAU OF PRISONS** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Paula Bradford Gines' Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 23rd day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE